*Counsel of Record on Following Page*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE WEYL, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>v.<br><br>DOLLAR TREE STORES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 12-6419-GW(FFMx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>DEPT:   Courtroom 10<br>JUDGE: Hon. George H. Wu<br><br>COMPLAINT FILED: June 26, 2012<br>TRIAL DATE:         No date set. |

LITTLER MENDELSON, P.C
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(A)(II)

Case No. 2:12-cv-06419-GW-FFM

| | |
|---|---|
| 1 | Raul Perez (SBN 174687) |
|   | Raul.Perez@capstonelawyers.com |
| 2 | Nathan Lowery (SBN 238141) |
| 3 | Nathan.Lowery@capstonelawyers.com |
|   | Alexandria Witte (SBN 273494) |
| 4 | Alexandria.Witte@capstonelawyers.com |
|   | Capstone Law APC |
| 5 | 1840 Century Park East, Suite 450 |
|   | Los Angeles, California 90067 |
| 6 | Telephone:  (310) 556-4811 |
| 7 | Facsimile:   (310) 943-0396 |
| 8 | Attorneys for Plaintiff |
|   | SHANE WEYL |
| 9 | |
| 10 | MAUREEN E. MCCLAIN, Bar No. 062050 |
|    | mmcclain@littler.com |
| 11 | ALISON J. CUBRE, Bar No. 257834 |
|    | acubre@littler.com |
| 12 | LITTLER MENDELSON, P.C. |
|    | 650 California Street |
| 13 | 20th Floor |
|    | San Francisco, CA 94108.2693 |
| 14 | Telephone:  415.433.1940 |
|    | Facsimile:   415.399.8490 |
| 15 | |
| 16 | ELIZABETH STAGGS WILSON, Bar No. 196962 |
|    | estaggs-wilson@littler.com |
| 17 | LITTLER MENDELSON, P.C. |
|    | 333 South Grand Avenue |
|    | Suite 2280 |
| 18 | Los Angeles, CA 90071 |
|    | Telephone:  213.443.4300 |
| 19 | Facsimile:   213.443.4299 |
| 20 | Attorneys for Defendant |
|    | DOLLAR TREE STORES, INC. |

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(A)(II)

Case No. 2:12-cv-06419-GW-FFM

1   **IT IS HEREBY ORDERED** that this action shall be dismissed in its
2   entirety, with prejudice, pursuant to Fed. R. Civ. P. (41)(a)(1)(A)(ii).
3   **IT IS FURTHER ORDERED** that each party to this litigation shall bear
4   his/its own costs and attorneys' fees incurred in conjunction with this action.
5   **IT IS SO ORDERED.**
6   Dated:   June 10, 2013

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

Firmwide:120621241.1 061603.1071

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)(1)(A)(II)    1.    Case No. 2:12-cv-06419-GW-FFM